# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY DALE SNYDER,<br><br>Defendant. | Case No. 24-mj-325<br><br>VIOLATIONS:<br>18 U.S.C. § 231 (Civil Disorder);<br>18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);<br>18 U.S.C. § 641 (Theft of Government Property);<br>18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);<br>18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);<br>40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and<br>40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint and related papers in the above captioned case. The defendant is currently a fugitive, and unsealing the docket, arrest warrant, complaint and related papers will aid in law enforcement's attempts to locate the defendant. This matter was originally sealed on or about October 16, 2024.

Date: October 30, 2024                        Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
       KAITLIN KLAMANN
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       IL Bar No. 6316768
       (202) 252-6778
       Kaitlin.klamann@usdoj.gov