UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY DALE SNYDER,<br><br>Defendant. | Case No. 24-mj-325<br><br>VIOLATIONS:<br>18 U.S.C. § 231 (Civil Disorder);<br>18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);<br>18 U.S.C. § 641 (Theft of Government Property);<br>18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);<br>18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);<br>40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and<br>40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings) |

## ORDER

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the matter is unsealed.

Date: _____

_____
HON. MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

1