UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-MJ-325 (MAU) |
| : | |
| **JEFFREY DALE SNYDER** : | |
| : | |
| : | |
| **Defendants.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 7, it is hereby ordered that the Motion to Dismiss pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge