UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-MJ-325 (MAU) |
| JEFFREY DALE SNYDER | : |
| Defendants. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 7, it is hereby ordered that the Motion to Dismiss pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge