# UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 24-mj-325 |
| | : |
| **JEFFREY SNYDER** | : |
| | : |
| **Defendant.** | : |

# ORDER

Based upon the representations in the United States' Motion to Quash Arrest Warrant on a Complaint, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED,** pursuant to Federal Rule of Criminal Procedure 4, and citing to the Executive Order dated on January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021.

Date: January 24, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE